PEOPLE *v.* HALL.

CRIMINAL LAW—ESCAPES—CONSECUTIVE SENTENCES.
> Sentence for escape from prison to commence after expiration of life sentence for first-degree murder *held,* valid, where statute authorized imposition of sentence to run consecutively (CLS 1961, § 750.193).

Appeal from Jackson; Dalton (John C.), J. Submitted Division 2 December 8, 1965, at Lansing. (Docket No. 659.) Decided January 25, 1966.

Theodore Hall was convicted of escape from prison. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *James G. Fleming,* Prosecuting Attorney, and *Thomas G. Fleming,* Assistant Prosecuting Attorney, for the people.

*William F. Goler,* for defendant.

QUINN, J. This appeal raises the same issue presented in *People* v. *Davis* (1966), 2 Mich App

---

REFERENCES FOR POINTS IN HEADNOTE
[1] 21 Am Jur 2d, Criminal Law §§ 545, 547–549.

245.   The only factual difference is that this defendant was convicted of escape from prison.   CLS 1961, § 750.193 (Stat Ann 1962 Rev § 28.390).   This is no reason for differentiation.   *Davis* controls.

Affirmed.

LESINSKI, C. J., and McGREGOR, J., concurred.